UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
PEDRO VISCAINO (AND WIFE, DIANA VISCAINO)

                                                            07CV8291

                      Plaintiffs,                                   ANSWER

    -against-

25 BROADWAY OFFICE PROPERTIES LLC, ACTA
REALTY CORP., ALAN KASMAN DBA KASCO, ANN
TAYLOR STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BOARD OF EDUCATION OF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS
INC., DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVCIES CO., MAZAL
GROUP (THE MONIAN GROUP), MERRILL LYNCH & CO,
INC., NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, NEW YORK UNIVERSITY, NEWARK KNIGHT
FRANK, NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., R Y MANAGEMENT
CO., INC., ROCKROSE DEVELOPMENT CORP., RY
MANAGEMENT, SABINE ZERARKA, SOUTHBRIDGE
TOWERS, INC., STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THAMES REALTY CO,
TOSCORP INC., TRIBECA LANDING L.L.C., WESTON
SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER
B HOLDING CO., LP, AND WFP TOWER B. CO., L.P., ET AL
                               Defendants.
-----------------------------------------------------------------x

     PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-

referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
January 22, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)